June 27, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,
Appellant

NO. 14-12-00847-CV                    V.

VICKI M. KING, Appellee

_____

      This cause, an appeal from the judgment signed August 31, 2012 in favor of appellee Vicki M. King, was heard on the transcript of the record. We have inspected the record and find that appellant University of Texas M.D. Anderson Cancer Center has not waived immunity to King's suit. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing King's suit with prejudice.

      We further order that all costs incurred by reason of this appeal be paid by appellee Vicki M. King.

      We further order this decision certified below for observance.